Rubin Order

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

**Tiffany Stewart,**

                    Plaintiff,              C/A No 4:14-2086-PMD

            vs.

                                        **ORDER OF DISMISSAL**

**T-Mobile USA, Inc.,**

                    Defendant.

        The Court having been advised by counsel for the parties that the above action has been settled,

        **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice.  If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar.  Rule 60(b)(6), F.R. Civ. P.  In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce settlement.  Fairfax Countywide Citizens v. Fairfax County, 571 F.2d 1299 (4th Cir. 1978).

        The dismissal hereunder shall be *with prejudice* if no action is  taken under either alternative within sixty (60) days from the filing date of this Order.

        **IT IS SO ORDERED.**

                                        PATRICK MICHAEL DUFFY
                                        United States District Judge

November 2, 2015
Charleston, South Carolina